NUMBER 13-07-182-CR


COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


 


IN RE: CALVIN RAY HYDER

 


On Petition for Writ of Mandamus 


MEMORANDUM OPINION 
 

 

Before Chief Justice Valdez and Justices Rodriguez and Garza


Memorandum Opinion Per Curiam


 

 Relator, Calvin Ray Hyder, filed a petition for writ of mandamus in the above cause
on March 22, 2007, in which he alleges that the respondent, the Honorable Joel B.
Johnson, Presiding Judge of the 156th Judicial District Court of Bee County, Texas,
abused his discretion by failing to respond to relator's pro se writ of habeas corpus.

 The Court, having examined and fully considered the petition for writ of mandamus,
is of the opinion that relator has not shown himself entitled to the relief sought and the
petition for writ of mandamus should be denied. See Tex. R. App. P. 52.8. Accordingly,
the petition for writ of mandamus is DENIED. 

 

 PER CURIAM



Do not publish. 

Tex. R. App. P. 47.2(b).

Memorandum Opinion delivered and

filed this the 22nd day of March, 2007.